**Order entered June 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01318-CV

### JOHN TATUM, ET AL., Appellants

### V.

### JULIE HERSH, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-04185**

## ORDER

Before the Court is appellee's motion to strike appellants' combined reply and response brief. We **GRANT** the motion and **STRIKE** appellants' May 15, 2015 combined reply and response brief. We **ORDER** appellant to file, by **JUNE 26, 2015**, a combined reply and response brief that complies with rule of appellate procedure 9.4(i)(2)(C). *See* TEX. R. APP. P. 9.4(i)(2)(C).

/s/     ELIZABETH LANG-MIERS
        JUSTICE